**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ARKAN MOHAMMED ALI,** *et al.* <br><br> v. <br><br> **THOMAS PAPPAS** | **Civ. No. 05-1377 (TFH)** |
| **ARKAN MOHAMMED ALI,** *et al.* <br><br> v. <br><br> **DONALD H. RUMSFELD** | **Civ. No. 05-1378 (TFH)** |
| **ARKAN MOHAMMED ALI,** *et al.* <br><br> v. <br><br> **JANIS KARPINSKI** | **Civ. No. 05-1379 (TFH)** |
| **ARKAN MOHAMMED ALI,** *et al.* <br><br> v. <br><br> **RICARDO SANCHEZ** | **Civ. No. 05-1380 (TFH)** |

**ORDER**

Upon consideration of the plaintiffs' unopposed Consent Motion to Consolidate Future Filings, it is hereby

**ORDERED** that the motion is **GRANTED** pursuant to the following instructions. Documents raising issues common to more than one of the related cases henceforth shall be filed only under the newly-created Miscellaneous Action Number 06-145 -- which is captioned "In Re:

Iraq and Afghanistan Detainees Litigation" -- and shall not be filed under the individually-assigned case number. Note, however, that the individually-assigned case number to which the document relates nevertheless shall be identified in the caption of the document, as demonstrated by the following example of a document relating to two of the four pending cases:

| IN RE :<br><br>IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No.  06-145 (TFH) |
|---|---|
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD | Civ. No. 05-1377 (TFH)<br>Civ. No. 05-1378 (TFH) |

Accordingly, a document relating to all of the cases should follow the same format and be filed only under Miscellaneous Action Number 06-145, but all of the individually-assigned case numbers shall be identified under the "relates to" section of the caption. It is further

**ORDERED** that documents raising issues that are unique to a single case shall be filed only under the individually-assigned case number for that case (e.g., Civ. No. 05-1378) and not under the Miscellaneous Action Number. Furthermore, when counsel files documents under the individually-assigned case number, counsel shall not "spread" that filing to the other cases when presented with that option during the ECF filing process.

  **SO ORDERED.**

April 4, 2006                      /s/
                              Thomas F. Hogan
                               Chief Judge