UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE :<br><br>IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-1377 (TFH)<br>Civ. No. 05-1378 (TFH)<br>Civ. No. 05-1379 (TFH)<br>Civ. No. 05-1380 (TFH) |

**CONSENT MOTION FOR LEAVE TO FILE CONSOLIDATED OPPOSITION, IN EXCESS OF PAGE LIMITS, TO DEFENDANTS' MOTIONS TO DISMISS**

Plaintiffs hereby move for leave to file a consolidated opposition, in excess of the usual page limit, to the four separate motions to dismiss that have been filed by the defendants in these cases. All defendants graciously have consented to this motion.

Local Civil Rule 7.1(e) provides a 45-page limit for motions and oppositions, absent prior approval of the Court. In theory, then, plaintiffs could file four oppositions totaling 180 pages. This would inefficient and burdensome on all parties and on the Court, however, as much of the content would be repetitive. Nevertheless, more than 45 pages are required to address the many arguments raised by the defendants, not all of which are identical.

While plaintiffs' opposition is not yet completed, counsel intend that it will not exceed 100 pages. In addition, plaintiffs wish to file a short separate opposition to the personal jurisdiction issue raised only by defendant Pappas.

Wherefore the motion should be granted.

Respectfully submitted,

| | |
|---|---|
| LUCAS GUTTENTAG<br>CECILLIA D. WANG<br>American Civil Liberties Union Foundation<br>Immigrants' Rights Project<br>405 14th Street, Suite 300<br>Oakland, CA 94612<br>(510) 625-2010 | MICHAEL POSNER*<br>DEBORAH PEARLSTEIN*<br>HINA SHAMSI*<br>PRITI PATEL*<br>Human Rights First<br>333 Seventh Avenue, 13th Floor<br>New York, NY 10001-5004<br>(212) 845 5200 |
| STEVEN R. SHAPIRO<br>OMAR C. JADWAT<br>AMRIT SINGH<br>STEVEN WATT<br>American Civil Liberties Union Foundation<br>125 Broad Street<br>New York, NY 10004<br>(212) 549-2500 | BILL LANN LEE<br>CHIMÈNE I. KEITNER<br>NIREJ S. SEKHON<br>Lieff Cabraser Heimann & Bernstein LLP<br>Embarcadero Center West<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339<br>(415) 956-1000 |
| /s/ *Arthur B. Spitzer*<br>_____<br>ARTHUR B. SPITZER<br>   D.C. Bar No. 235960<br>American Civil Liberties Union<br>   of the National Capital Area<br>1400 20th Street, N.W., Suite 119<br>Washington, D.C. 20036<br>(202) 457-0800 | JOHN D. HUTSON*<br>RADM, JAGC, USN (ret.)<br>Of Counsel, Human Rights First<br>Human Rights First<br>2 White Street<br>Concord, NH 03301<br>(603) 228-1074 |
| JAMES P. CULLEN*<br>BG, JAGC, USA (ret.)<br>Of Counsel, Human Rights First<br>1251 Avenue of the Americas<br>New York, NY 10020<br>(212) 278-1565 | DAVID RUDOVSKY<br>Kairys, Rudovsky, Epstein & Messing LLP<br>924 Cherry St., Suite 500<br>Philadelphia PA 19107<br>(215) 925-4400 |
| PAUL HOFFMAN<br>Schonbrun DeSimone Seplow Harris &<br>Hoffman LLP<br>723 Ocean Front Walk<br>Venice, CA 90291<br>(310) 396-0731 | ERWIN CHEMERINSKY<br>Duke University School of Law<br>Science Drive & Towerview Rd.<br>Durham, NC 27707<br>(919) 613-7173 |

Counsel for Plaintiffs*

May 16, 2006

_____

\* Plaintiffs' counsel marked with asterisks represent plaintiffs against defendant Rumsfeld only.