UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE :<br><br>IRAQ AND AFGHANISTAN DETAINEES<br>LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-1377 (TFH)<br>Civ. No. 05-1378 (TFH)<br>Civ. No. 05-1379 (TFH)<br>Civ. No. 05-1380 (TFH) |

[proposed] **ORDER**

Upon consideration of plaintiffs' motion for leave to file a consolidated opposition, in excess of page limits, to defendants' motions to dismiss, and defendants' consent thereto, it is hereby

ORDERED that the motion is granted, and plaintiffs may file a consolidated opposition, in excess of page limits, to defendants' motions to dismiss, as well as a short separate opposition to the personal jurisdiction issue raised only by defendant Pappas.

Dated: May _____, 2006

_____
Thomas F. Hogan
Chief Judge
United States District Court

-2-

Copies of this order shall be served upon:

    Arthur B. Spitzer, Esq.
    American Civil Liberties Union
    1400 20th Street, N.W., Suite 119
    Washington, D.C. 20036

    J. Marcus Meeks, Esq.
    United States Department of Justice
    Torts Branch, Civil Division
    P.O. Box 7146
    Ben Franklin Station
    Washington D.C. 20044

    Mark E. Nagle, Esq.
    Troutman Sanders LLP
    401 Ninth Street, NW, Suite 1000
    Washington, D.C. 20004-2134

    Michael L. Martinez, Esq.
    Crowell & Moring LLP
    1001 Pennsylvania Avenue, N.W.
    Washington, D.C. 20004-2595

    Stephen L. Braga, Esq.
    Baker Botts LLP
    1299 Pennsylvania Ave., NW
    Washington D.C. 20004