UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>DONALD H. RUMSFELD,<br><br>      Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>JANIS KARPINSKI,<br><br>      Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>RICARDO SANCHEZ,<br><br>      Defendant. | No. 05-cv-1380 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>      Plaintiffs,<br><br>  v.<br><br>THOMAS PAPPAS,<br><br>      Defendant. | No. 05-cv-1377 (TFH) |

**DECLARATION OF LUCAS GUTTENTAG**

Pursuant to Local Rule 83.2(d), I, Lucas Guttentag, submit this declaration in support of my application for leave to appear and practice in this case *pro hac vice.*

1. My full name is Lucas Ernst Guttentag.

2. I am the Director of the Immigrants' Rights Project at the American Civil Liberties Union Foundation. My California office is at 405 14th Street, Suite 300, Oakland, CA, 94612; telephone number 510.625-2010 x202. I also maintain an office at 125 Broad Street, Floor 17, New York, NY 10004.

3. I was admitted to the bar of the State of California in 1979 and to the bar of the State of New York in 1988, and remain a member in good standing in both. Among the courts to which I am admitted are the Unites States Supreme Court (admitted December 13, 1982), the Court of Appeals for the D.C. Circuit (admitted September 14, 1989), the Court of Appeals for the Ninth Circuit (admitted May 28, 1980), the District Court for the Southern District of New York (admitted November 22, 1988), and the District Court for the Northern District of California (admitted May 10, 1990).

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have been admitted *pro hac vice* in this Court once within the last two years, to appear as co-counsel in *Kar v. Bush*, No. 05-1348 (JR), filed July 6, 2005. That proceeding was voluntarily dismissed on December 19, 2005.

6.  I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 16 day of March, 2006.

_____
LUCAS GUTTENTAG