UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>DONALD H. RUMSFELD,<br><br>    Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>JANIS KARPINSKI,<br><br>    Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>RICARDO SANCHEZ,<br><br>    Defendant. | No. 05-cv-1380 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>THOMAS PAPPAS,<br><br>    Defendant. | No. 05-cv-1377 (TFH) |

**DECLARATION OF CECILLIA D. WANG**

Pursuant to Local Civil Rule 83.2(d), I submit this declaration in support of my application for leave to appear and practice *pro hac vice* in the above-captioned cases.

1. My full name is Cecillia D. Wang.

2. I am senior staff counsel at the ACLU Foundation Immigrants' Rights Project. My office is located at 405 14th Street, Suite 300, Oakland, California. My office telephone number is (510) 625-2010 ext. 213 and my fax number is (510) 622-0050.

3. I have been admitted to practice in the following jurisdictions: State Bar of California (admitted April 1, 1997); State Bar of New York (admitted February 26, 2003); United States Court of Appeals for the Tenth Circuit (admitted June 29, 1998); United States Court of Appeals for the Second Circuit (admitted September 12, 2000); United States Court of Appeals for the Ninth Circuit (admitted June 9, 2005); United States District Court for the Northern District of California (admitted June 19, 1998); United States District Court for the Southern District of New York (admitted August 23, 2005); and United States District Court for the Eastern District of New York (admitted August 23, 2005).

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 9th day of March, 2006.

_____
CECILLIA D. WANG