UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD,<br><br>    Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JANIS KARPINSKI,<br><br>    Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RICARDO SANCHEZ,<br><br>    Defendant. | No. 05-cv-1380 (TFH) |
| ARKAN MOHAMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS PAPPAS,<br><br>    Defendant. | No. 05-cv-1377 (TFH) |

## DECLARATION OF OMAR C. JADWAT

Pursuant to Local Civil Rule 83.2(d), I submit this declaration in support of my application for leave to appear and practice *pro hac vice* in the above-captioned cases.

1. My full name is Omar C. Jadwat.

2. I am a Staff Attorney at the American Civil Liberties Union Foundation, Immigrants' Rights Project. My office is located at 125 Broad St, 18th Floor, New York, NY 10004. My office telephone number is 212-549-2620.

3. I was admitted to the bar of the state of New York in 2003 and remain a member in good standing.

I was admitted to the bar of the United States District Court for the Southern District of New York in 2003 and remain a member in good standing.

I was admitted to the bar of the United States Court of Appeals for the Second Circuit in 2005 and remain a member in good standing.

I was admitted to the bar of the United States Court of Appeals for the Fifth Circuit in 2005 and remain a member in good standing.

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 22nd day of November, 2005.

_____
Omar C. Jadwat