UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>DONALD H. RUMSFELD,<br><br>    Defendant. | No. 05-cv-1378 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>JANIS KARPINSKI,<br><br>    Defendant. | No. 05-cv-1379 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>RICARDO SANCHEZ,<br><br>    Defendant. | No. 05-cv-1380 (TFH) |
| ARKAN MOHAMMED ALI, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>THOMAS PAPPAS,<br><br>    Defendant. | No. 05-cv-1377 (TFH) |

**DECLARATION OF AMRIT SINGH**

Pursuant to Local Civil Rule 83.2(d), I submit this declaration in support of my application for leave to appear and practice *pro hac vice* in the above-captioned cases.

1. My full name is Amrit Singh.

2. I am Staff Counsel at the American Civil Liberties Union Foundation Immigrants' Rights Project. My office is located at 125 Broad St, 18th Floor, N.Y. N.Y. 10004. My office telephone number is (212) 549 2609 and my fax number is (212) 549 2654.

3. I have been admitted to practice in the following jurisdictions: State Bar of New York (admitted July 29, 2002); United States District Court for the Southern District of New York (admitted Feb. 5, 2003); United States Court of Appeals for the Third Circuit (admitted Feb. 14, 2003); United States District Court for the Eastern District of New York (admitted Mar. 13, 2003).

4. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 10th day of March, 2006.

_____
AMRIT SINGH