UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re Iraq and Afghanistan Detainees Litigation* <br><br> *This Document Relates To All Actions:* <br><br> *Ali v. Pappas*, USCD, Dist of Columbia, Case No. 1:05-cv-01377-TFH <br><br> *Ali v. Rumsfeld*, USCD, Dist of Columbia, Case No. 1:05-cv-01378-TFH <br><br> *Ali v. Karpinski*, USCD, Dist of Columbia, Case No. 1:05-cv-01379-TFH <br><br> *Ali v. Sanchez*, USCD, Dist of Columbia, Case No. 1:05-cv-01380-TFH | MDL No. 1686 <br><br> Chief Judge Thomas F. Hogan <br><br> **DECLARATION OF BILL LANN LEE** |

Pursuant to Local Rule 83.2(d), I submit this declaration in support of my application for leave to appear and practice *pro hac vice* in the above-captioned cases.

My full name is Bill Lann Lee.

I am a partner at Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 30th Floor, San Francisco, California 94111; telephone (415) 956-1000, fax (415) 956-1008, email: Blee@lchb.com.

I am a member and is admitted to practice in California and New York, the Federal District courts of the Central and Northern Districts of California, the Courts of Appeal for the D.C., Second, Third, Fourth, Fifth, Sixth, Ninth and Eleventh Circuits and the Supreme Court of the United States. I am in good standing before the courts to which I am admitted to practice, and have not been disciplined nor denied admission by this or any other court.

I have never been convicted of a crime other than a minor traffic offense.

522968.1

I have fully reviewed and am familiar with the local rules of this Court.

I have not been admitted *pro hac vice* in this Court within the last two years.

I do not engage in the practice of law from and office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

_____
BILL LANN LEE
Applicant

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me this 3rd day of May, 2006 by Bill Lann Lee, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.


MELAINIE HEDANI
COMM. #1556818
NOTARY PUBLIC - CALIFORNIA
SAN FRANCISCO COUNTY
My Comm. Expires March 31, 2009

_____
NOTARY PUBLIC

522968.1

- 2 -