UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE :<br><br>IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-1377 (TFH)<br>Civ. No. 05-1378 (TFH)<br>Civ. No. 05-1379 (TFH)<br>Civ. No. 05-1380 (TFH) |

**NOTICE OF FILING OF COPY OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS WITH TABLE OF AUTHORITIES**

Please take notice that plaintiffs are filing herewith a copy of their consolidated opposition to defendants' motions to dismiss that contains a Table of Authorities. Other than the addition of the Table of Authorities, the document is identical to the one filed on May 19, 2006.

Respectfully submitted,

/s/ *Arthur B. Spitzer*

LUCAS GUTTENTAG
CECILLIA D. WANG
American Civil Liberties Union Foundation
Immigrants' Rights Project
405 14th Street, Suite 300
Oakland, CA 94612
(510) 625-2010

STEVEN R. SHAPIRO
OMAR C. JADWAT
AMRIT SINGH
STEVEN WATT
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 549-2500

ARTHUR B. SPITZER
   D.C. Bar No. 235960
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

JAMES P. CULLEN*
BG, JAGC, USA (ret.)
Of Counsel, Human Rights First
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1565

-2-

| | |
|---|---|
| PAUL HOFFMAN<br>Schonbrun DeSimone Seplow Harris & Hoffman LLP<br>723 Ocean Front Walk<br>Venice, CA 90291<br>(310) 396-0731 | (415) 956-1000<br>JOHN D. HUTSON*<br>RADM, JAGC, USN (ret.)<br>Of Counsel, Human Rights First<br>Human Rights First<br>2 White Street<br>Concord, NH 03301<br>(603) 228-1074 |
| MICHAEL POSNER*<br>DEBORAH PEARLSTEIN*<br>HINA SHAMSI*<br>PRITI PATEL*<br>Human Rights First<br>333 Seventh Avenue, 13th Floor<br>New York, NY 10001-5004<br>(212) 845 5200 | DAVID RUDOVSKY<br>Kairys, Rudovsky, Epstein & Messing LLP<br>924 Cherry St., Suite 500<br>Philadelphia PA 19107<br>(215) 925-4400 |
| BILL LANN LEE<br>CHIMÈNE I. KEITNER<br>NIREJ S. SEKHON<br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, Suite 3000<br>San Francisco, CA 94111-3339 | ERWIN CHEMERINSKY<br>Duke University School of Law<br>Science Drive & Towerview Rd.<br>Durham, NC 27707<br>(919) 613-7173 |

Counsel for Plaintiffs*

May 23, 2006

---

\* Plaintiffs' counsel marked with asterisks represent plaintiffs against defendant Rumsfeld only.