UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI, *et al.* v. PAPPAS<br>ALI, *et al.* v. RUMSFELD<br>ALI, *et al.* v. KARPINSKI<br>ALI, *et al.* v. SANCHEZ | No. 05-cv-1377 (TFH)<br>No. 05-cv-1378 (TFH)<br>No. 05-cv-1379 (TFH)<br>No. 05-cv-1380 (TFH) |

**MOTION TO SUBMIT BRIEF *AMICI CURIAE* OF CONCERNED RETIRED MILITARY OFFICERS AND MILITARY LAW AND HISTORY SCHOLARS IN SUPPORT OF PLAINTIFFS' CONSOLIDATED OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS**

[see inside cover for list of *amici*]

Sidney S. Rosdeitcher – D.C. Bar No. 094532
   *Counsel of Record*
Douglas M. Pravda
Carmen K. Cheung
Judd S. Henry
Colin C. McNary*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000
*Counsel for* Amici Curiae *Concerned Retired Military Officers and Military Law and History Scholars*

\* *Not yet admitted; under supervision of counsel of record*

<u>*AMICI CURIAE*</u>

Brigadier General (Ret.) David M. Brahms

Commander (Ret.) David Glazier

Professor Elizabeth L. Hillman

Professor Jonathan Lurie

Professor Diane Mazur

Brigadier General (Ret.) Richard M. O'Meara

Lieutenant Colonel (Ret.) Gary D. Solis

*Amici curaie* hereby move to submit the attached memorandum in support of Plaintiffs' Consolidated Amended Complaint in the above referenced actions.

*Amici* are retired military officers or scholars of military law and history, who have an interest in the maintenance of the long and honorable tradition of the United States military of humane treatment of detainees captured in armed conflict and strict enforcement of military, domestic and international law requiring such treatment. *Amici* submit this brief to address two issues raised by the Defendants' Motions to Dismiss the Consolidated Amended Complaint: *First*, whether the matters alleged in the amended complaint would inappropriately require the Court to intrude into matters of national security and military decision-making that are within the discretion of the Executive branch and the military leadership; and *second*, whether Defendants are immunized from suit by the Westfall Act because their alleged conduct was within Defendants' "scope of employment." Amici believe that this memorandum will assist the Court because it describes in detail military doctrine, law and regulation and the law of war that have a direct bearing on the resolution of these issues.

The Department of Justice, on behalf of the United States and the Secretary of Defense Donald Rumsfeld, does not object to this motion nor to the timeliness of its filing. Defendants Thomas Pappas, Janis Karpinski and Ricardo Sanchez take no position on this motion, but raise no objection on the basis of the timeliness of its filing.

Respectfully submitted,

_____
Sidney S. Rosdeitcher – D.C. Bar No. 094532
*Counsel of Record for Amici Curaie*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
(212) 373-3000