UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI, *et al.* v. PAPPAS<br>ALI, *et al.* v. RUMSFELD<br>ALI, *et al.* v. KARPINSKI<br>ALI, *et al.* v. SANCHEZ | No. 05-cv-1377 (TFH)<br>No. 05-cv-1378 (TFH)<br>No. 05-cv-1379 (TFH)<br>No. 05-cv-1380 (TFH) |

## ORDER

UPON CONSIDERATION of the Motion to Submit Brief *Amici Curiae* of Concerned Retired Military Officers and Military Law and History Scholars in Support of Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss, it is by the Court this ____ day of _____, 2006,

ORDERED that the motion is granted and the above Brief *Amici Curiae* shall be accepted for filing.

Date: _____

_____
UNITED STATES DISTRICT JUDGE