AFFIDAVIT OF SERVICE BY EXPRESS MAIL

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NEW YORK  )

Luke DePalma, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 23, 2006, I served true copies of the foregoing: Proposed ORDER on the following:

> J. Marcus Meeks
> United States Department Of Justice
> Torts Branch, Civil Division
> P.O. Box 7146
> Ben Franklin Station
> Washington, D.C. 20044

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid EXPRESS MAIL envelope and placing it into an official USPS Express Mail depository under the exclusive custody and care of the United States Postal Service within the State of New York.

_____
Luke DePalma

Sworn to before me this
23rd day of May, 2006

_____
Notary Public

AUSTIN KWAME WILKINSON
Notary Public, State of New York
No. 01WI5051848
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Nov. 13, 2009

AFFIDAVIT OF SERVICE BY FED EX

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Luke DePalma, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On May 23, 2006, I served true copies of the foregoing: Proposed ORDER on the following:

See attached service list.

3. I made such service by personally placing true copies of the aforementioned document in properly addressed prepaid wrappers and delivering them to a Federal Express office for Priority Overnight delivery.

_____
Luke DePalma

Sworn to before me this
23rd day of May, 2006

_____
Notary Public

AUSTIN KWAME WILKINSON
Notary Public, State of New York
No. 01WI5051846
Qualified in Kings County
Certificate Filed in New York County
Commission Expires Nov. 13, 2009

## Service List

J. Marcus Meeks
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044

Stephen L. Braga
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004

Mark E. Nagle
Troutman Sanders LLP
401 Ninth St., N.W., Ste. 1000
Washington, DC 20004

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Ave., NW
Washington, DC 20004

Arthur B. Spritzer
American Civil Liberties Union
1400 20th Street, NW, Suite 119
Washington, DC 20036

Lucas Guttentag
American Civil Liberties Union
    Foundation
Immigrants' Rights Project
405 14th Street, Suite 300
Oakland, CA 94612

Steven R. Shapiro
American Civil Liberties Union
    Foundation
125 Broad Street
New York, NY 10004

Michael Posner
Human Rights First
333 Seventh Avenue, 13th Floor
New York, NY 10001-5004

Bill Lann Lee
Lieff Cabraser Heimann & Berstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339

John D. Hutson
Human Rights First
2 White Street
Concord, NH 03301

James P. Cullen
Human Rights First
1251 Avenue of the Americas
New York, NY 10020

Paul Hoffman
Schonbrun DeSimone Seplow Harruis &
    Hoffman LLP
723 Ocean Front Walk
Venice, CA 90291

David Rudovsky
Kairys, Rudovsky, Epstein &
    Messing LLP
924 Cherry St., Suite 500
Philadelphia, PA 19107

Erwin Chemerinsky
Duke University School of Law
Science Drive & Towerview Rd.
Durham, NC 27707

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>IRAQ AND AFGHANISTAN DETAINEES<br>LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI, *et al.* v. PAPPAS<br>ALI, *et al.* v. RUMSFELD<br>ALI, *et al.* v. KARPINSKI<br>ALI, *et al.* v. SANCHEZ | No. 05-cv-1377 (TFH)<br>No. 05-cv-1378 (TFH)<br>No. 05-cv-1379 (TFH)<br>No. 05-cv-1380 (TFH) |

**ORDER**

UPON CONSIDERATION of the Motion to Submit Brief *Amici Curiae* of Concerned Retired Military Officers and Military Law and History Scholars in Support of Plaintiffs' Consolidated Opposition to Defendants' Motions to Dismiss, it is by the Court this ____ day of _____, 2006,

ORDERED that the motion is granted and the above Brief *Amici Curiae* shall be accepted for filing.

Date: _____

_____
UNITED STATES DISTRICT JUDGE