UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE :<br><br>IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-1377 (TFH)<br>Civ. No. 05-1378 (TFH)<br>Civ. No. 05-1379 (TFH)<br>Civ. No. 05-1380 (TFH) |

**NOTICE REGARDING BAR ADMISSION STATUS OF STEVEN WATT**

The Court and counsel will please note that Steven Watt, whose name appears as one of plaintiffs' counsel on the Consolidated Amended Complaint and the Consolidated Opposition to the Defendants' Motions to Dismiss, is a member of the bar of Scotland, and is pending admission to the bar of the State of New York (having passed its February 2005 bar examination), but is not yet a member of the bar of any United States jurisdiction. A notation that he is not yet admitted and is practicing under the supervision of plaintiffs' counsel should have been included on those filings. Counsel for plaintiffs regret the omission.

> Respectfully submitted,
>
> /s/ *Arthur B. Spitzer*
> _____
> Arthur B. Spitzer  (D.C. Bar No. 235960)
> American Civil Liberties Union
>   of the National Capital Area
> 1400 20th Street, N.W., Suite 119
> Washington, D.C. 20036
> (202) 457-0800
>
> One of counsel for plaintiffs

May 25, 2001