UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to: <br><br> ALI v. PAPPAS <br> ALI v. RUMSFELD <br> ALI v. KARPINSKI <br> ALI v. SANCHEZ | Civ. No. 05-1377 (TFH) <br> Civ. No. 05-1378 (TFH) <br> Civ. No. 05-1379 (TFH) <br> Civ. No. 05-1380 (TFH) |

## ORDER

Upon consideration of the motion for admission, pro hac vice, of Cecillia D. Wang, it is hereby

ORDERED that the motion is granted.

May 25, 2006

Thomas F. Hogan
Chief Judge
United States District Court