# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:**<br><br>**IRAQ AND AFGHANISTAN**<br>**DETAINEES LITIGATION** | Misc. No.  06-0145 (TFH) |
| **This document relates to:**<br><br>**ALI,** *et al.* **v. PAPPAS**<br>**ALI,** *et al.* **v. RUMSFELD**<br>**ALI,** *et al.* **v. KARPINSKI**<br>**ALI,** *et al.* **v. SANCHEZ** | Civ. No.  05-1377 (TFH)<br>Civ. No.  05-1378 (TFH)<br>Civ. No.  05-1379 (TFH)<br>Civ. No.  05-1380 (TFH) |

## ORDER

Upon consideration of the unopposed Motion To Submit Brief *AMICI CURIAE* Of Concerned Retired Military Officers And Military Law And History Scholars In Support Of Plaintiff's Consolidated Opposition To Defendants' Motions To Dismiss, it is hereby

**ORDERED** that the motion is **GRANTED** and the Brief *AMICI CURIAE* Of Concerned Retired Military Officers And Military Law And History Scholars In Support Of Plaintiff's Consolidated Opposition To Defendants' Motions To Dismiss shall be accepted for filing.

**SO ORDERED.**

May 30, 2006

/s/
Thomas F. Hogan
Chief Judge