IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| IRAQ AND AFGHANISTAN DETAINEES LITIGATION | ) ) ) | Misc No. 06-145 THF |
| | ) | |
| This Document Relates to: | ) ) | |
| | ) | |
| ALI v. PAPPAS | ) | Civ. No. 05-1377-TFH |
| ALI v. RUMSFELD | ) | Civ. No. 05-1378-TFH |
| ALI v. KARPINSKI | ) | Civ. No. 05-1379-TFH |
| ALI v. SANCHEZ | ) | Civ. No. 05-1380-TFH |
| | ) | |

JOINT MOTION TO AMEND THE BRIEFING SCHEDULE

Currently pending before the Court are motions to dismiss filed by each of the Defendants, and a consolidated opposition filed by the Plaintiffs. The Court has also permitted the filing of one *amici* brief. Under the current schedule, Defendants' replies are due today, June 19, 2006. Because the Defendants believe additional time is needed and warranted to complete their replies, and because Plaintiffs have learned of additional *amici curiae* who wish to submit a brief, the parties jointly move to amend the remaining briefing schedule as follows:

- The brief of additional *amici curiae* in support of Plaintiffs shall be filed on or before June 30, 2006.

- All Defendants' Reply Memoranda relating to the Motions to Dismiss shall be filed on or before July 21, 2006.

Accordingly, counsel for all parties urge the Court to approve this amendment to the current briefing schedule. A proposed Order is attached.

Respectfully submitted,

/s/

_____
Arthur B. Spitzer
DC Bar #235960
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C.  20036
(202) 457-0800
Counsel for Plaintiffs


/s/

_____
J. Marcus Meeks
DC Bar #472072
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C.  20044-7146
(202) 616-4176
Counsel for Donald Rumsfeld


/s/

_____
Mark E. Nagle
DC Bar #416364
Troutman Sanders LLP
401 Ninth Street, N.W., Suite 1000
Washington, D.C.  20004-2134
(202) 274-2950
Counsel for Thomas Pappas

/s/

_____
Michael L. Martinez
DC Bar #347310
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 200004-2595
(202) 624-2945
Counsel for Janis Karpinski

/s/

_____
Stephen L. Braga
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 639-7704
Counsel for Ricardo Sanchez

June 19, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| IRAQ AND AFGHANISTAN DETAINEES | ) | Misc. No. 06-145-TFH |
| LITIGATION | ) | |
| | ) | |
| This Document Relates to: | ) | |
| | ) | |
| ALI v. PAPPAS | ) | Civ. No. 05-1377-TFH |
| ALI v. RUMSFELD | ) | Civ. No. 05-1378-TFH |
| ALI v. KARPINSKI | ) | Civ. No. 05-1379-TFH |
| ALI v. SANCHEZ | ) | Civ. No. 05-1380-TFH |

ORDER

Upon consideration of the Joint Motion to Amend the Briefing Schedule and the entire record in this matter, it is by the Court this ____ day of June, 2006, hereby

ORDERED, that the motion be and hereby is GRANTED. Any additional Brief by prospective *amici curiae* shall be filed on or before June 30, 2006. Defendants' Reply Memoranda in support of their Motion to Dismiss shall be filed on or before July 21, 2006.

_____
Chief Judge, United States District Court

Arthur B. Spitzer
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C.  20036

J. Marcus Meeks
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044-7146

Mark E. Nagle
Troutman Sanders LLP
401 Ninth Street, N.W., Suite 1000
Washington, D.C. 20004-2134

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 200004-2595

Stephen L. Braga
Baker Botts LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004