UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE :<br><br>IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-1377 (TFH)<br>Civ. No. 05-1378 (TFH)<br>Civ. No. 05-1379 (TFH)<br>Civ. No. 05-1380 (TFH) |

**NOTICE OF APPEARANCE**

The Clerk will please note the appearance of James J. Silk as counsel for *amici curiae* J. Herman Burgers and Theo van Boven in these consolidated cases.

/s/ James J. Silk
_____
James J. Silk, DC Bar No. 428433
Allard K. Lowenstein International
  Human Rights Clinic
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
Tel: 203-432-7480

June 30, 2006