UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE : <br><br> IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to: <br><br> ALI v. PAPPAS <br> ALI v. RUMSFELD <br> ALI v. KARPINSKI <br> ALI v. SANCHEZ | <br><br> Civ. No. 05-1377 (TFH) <br> Civ. No. 05-1378 (TFH) <br> Civ. No. 05-1379 (TFH) <br> Civ. No. 05-1380 (TFH) |

**CONSENT MOTION BY J. HERMAN BURGERS AND THEO VAN BOVEN FOR LEAVE TO FILE BRIEF AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO THE DEFENDANTS' MOTIONS TO DISMISS**

J. Herman Burgers and Theo van Boven hereby move for leave to file the appended brief in this action, as *amici curiae* in support of plaintiffs' opposition to the defendants' motions to dismiss. Counsel for all defendants graciously have consented to the granting of this motion.

**Interest of Amici**

Mr. Burgers and Mr. van Boven are two of the world's most highly respected experts on the international law of torture and cruel, inhuman, or degrading treatment.

Mr. Burgers chaired the U.N. working group that drafted the Convention against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment, an international treaty that has been ratified by one hundred forty countries, including the United States. He co-authored the definitive treatise on the Convention: *The United Nations Convention against Torture: A Handbook on the Convention against Torture and*

1

*Other Cruel, Inhuman or Degrading Treatment or Punishment*.  Mr. Burgers also served in the Netherlands Ministry of Foreign Affairs for more than thirty years, working in the Treaty Department (1953-1958), the European Department (1958-1965), and the International Organizations Department (1965-1987).  He has also served on the Dutch Advisory Committee on Human Rights and Foreign Policy.  He studied law at the University of Amsterdam and has a Master of Arts degree in Political Science from Stanford University.  He has published several articles on the law of torture and on international human rights law generally.

Mr. van Boven is a Professor of Law at the University of Maastricht, Netherlands.  As the U.N. Special Rapporteur on Torture from 2001 to 2004, he investigated incidents of torture and cruel, inhuman, or degrading treatment throughout the world.  He has also served as a member of the Board of Trustees of the United Nations Voluntary Fund for Victims of Torture; Registrar of the International Criminal Tribunal for the Former Yugoslavia; U.N. Special Rapporteur on the Rights to Restitution, Compensation, and Rehabilitation for Victims of Gross Violations of Human Rights and Fundamental Freedoms; Director of the United Nations Division of Human Rights; and President of the Netherlands Society for International Law.  He is the former Vice President of the International Commission of Jurists and has taught at Harvard Law School and New York University Law School.  Mr. Van Boven has a Doctor of Law from the University of Leiden, Netherlands, and a Master of Comparative Law from Southern Methodist University, Texas.  He has published many books and articles on the law of torture and on international human rights law generally.

This case raises important questions about the international prohibition against torture and cruel, inhuman, or degrading treatment. Because of both of their extensive scholarly work and their long work within international human rights institutions, Mr. Burgers and Mr. van Boven have a significant interest in ensuring the enforcement of human rights norms, particularly the norm against torture and cruel, inhuman, or degrading treatment, in the United States and around the world. They hope that their expertise may be of assistance to the Court in resolving some of the questions presented by the pending motions to dismiss.

Wherefore the motion for leave to file should be granted.

A proposed order is submitted herewith.

                                        Respectfully submitted,

                                        /s/ James J. Silk
                                        _____

James J. Silk, DC Bar No. 428433
Molly K. Beutz
Allard K. Lowenstein International
  Human Rights Clinic
Yale Law School
P.O. Box 208215
New Haven, CT 06520-8215
Tel: 203-432-7480

Counsel for Amici Curiae

June 30, 2006