FILED
JUL 07 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| IN RE: | |
|---|---|
| IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to: | |
| ALI v. PAPPAS | Civ. No. 05-1377 (TFH) |
| ALI v. RUMSFELD | Civ. No. 05-1378 (TFH) |
| ALI v. KARPINSKI | Civ. No. 05-1379 (TFH) |
| ALI v. SANCHEZ | Civ. No. 05-1380 (TFH) |

**[proposed] ORDER**

Upon consideration of the Consent Motion By J. Herman Burgers and Theo van Boven for Leave to File Brief as Amici Curiae in Support of Plaintiffs' Opposition to the Defendants' Motions to Dismiss, it is hereby

ORDERED that the motion is GRANTED and the brief shall be filed.

Date: July 3, 2006

Thomas F. Hogan
Chief Judge
United States District Court