IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Iraq and Afghanistan Detainees Litigation | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI, et al. v. PAPPAS<br>ALI, et al. v. RUMSFELD<br>ALI, et al. v. KARPINSKI<br>ALI, et al. v. SANCHEZ | Civ. No. 05-1377 (TFH)<br>Civ. No. 05-1378 (TFH)<br>Civ. No. 05-1379 (TFH)<br>Civ. No. 05-1380 (TFH) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Secretary of Defense Donald Rumsfeld and the United States respectfully notify the Court of the recent decision by Judge Kollar-Kotelly in *Harbury v Hayden, et al.*, Civil Action No. 96-438, which was issued after the Defendants submitted their reply memorandum in support of their motion to dismiss. Similar to the Plaintiffs in this case, the plaintiff in *Harbury* brought international law claims against CIA officials in their individual capacity alleging that the officials authorized torture in Guatemala pursuant to CIA policy. Judge Kollar-Kotelly dismissed the claims as barred under the *Westfall* Act, 28 U.S.C. § 2671, 2674, 2679. Particularly relevant to this case is Judge Kollar-Kotelly's discussion of the *Westfall* Act's scope of employment standard and her ruling that the individual defendants were acting within the scope of their employment. Slip Op. at 15-24. Judge Kollar-Kotelly also rejected an argument similar to the claim advanced by Plaintiffs in this proceeding that international law claims asserted under the Alien Tort Statute fall within one of the enumerated exceptions to the *Westfall* Act. *Id.* at 25-28. A copy of Judge Kollar-Kotelly's memorandum opinion is attached.

Dated: August 4, 2006                    Respectfully submitted,

                                               PETER D. KEISLER
Assistant Attorney General

JEFFREY S. BUCHOLTZ
Principal Deputy Assistant Attorney General

C. FREDERICK BECKNER III
Deputy Assistant Attorney General

TIMOTHY P. GARREN
Director, Torts Branch


     *J. Marcus Meeks*
J. MARCUS MEEKS (D.C. Bar No. 472072)
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Torts Branch, Civil Division
P. O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
(202) 616-4176 (voice)
(202) 616-4314 (fax)

Attorneys for Defendant Secretary of Defense
Donald H. Rumsfeld and the United States

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2006, I caused a copy of the foregoing **Notice of Supplemental Authority** to be served upon counsel of record via ECF as follows:

Arthur B. Spitzer
American Civil Liberties Union
1400 20th Street, NW
Suite 119
Washington, DC 20036
artspitzer@aol.com
*Counsel for Plaintiffs*

Mark E. Nagle
Troutman Sanders LLP
401 Ninth St, N.W., Ste. 1000
Washington DC 20004
mark.nagle@troutmansanders.com
*Counsel for Defendant Thomas Pappas*

Stephen L. Braga
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
stephen.braga@bakerbotts.com
*Counsel for Defendant Ricardo Sanchez*

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
mmartinez@crowell.com
*Counsel for Defendant Janis Karpinski*


   */J. Marcus Meeks/*
   J. Marcus Meeks