**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **IN RE:** <br><br> **IRAQ AND AFGHANISTAN DETAINEES LITIGATION** | Misc. No.  06-0145 (TFH) |
| **This document relates to:** <br><br> **ALI**, *et al.* **v. PAPPAS** <br> **ALI**, *et al.* **v. RUMSFELD** <br> **ALI**, *et al.* **v. KARPINSKI** <br> **ALI**, *et al.* **v. SANCHEZ** | Civ. No.  05-1377 (TFH) <br> Civ. No.  05-1378 (TFH) <br> Civ. No.  05-1379 (TFH) <br> Civ. No.  05-1380 (TFH) |

**ORDER**

It is hereby **ORDERED** that the parties shall appear on Friday, December 8, 2006 at 10:00 a.m. in Courtroom 25A to present oral arguments regarding the pending motions to dismiss.

**SO ORDERED.**

September 18, 2006

/s/
Thomas F. Hogan
Chief Judge