UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>IRAQ AND AFGHANISTAN DETAINEES<br>LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-cv-1377 (TFH)<br>Civ. No. 05-cv-1378 (TFH)<br>Civ. No. 05-cv-1379 (TFH)<br>Civ. No. 05-cv-1380 (TFH) |

**NOTICE OF CHANGE OF ADDRESS**

The Clerk and counsel will please note that two of plaintiffs' counsel, Lucas Guttentag and Cecillia D. Wang of the ACLU Foundation Immigrants' Rights Project, have changed their contact information to the following:

> American Civil Liberties Union Foundation
> Immigrants' Rights Project
> 39 Drumm Street
> San Francisco, California  94111-4805
> telephone: (415) 343-0770
> facsimile:  (415) 395-0950

Dated: September 21, 2006                Respectfully submitted,

                                          /s/ Cecillia D. Wang
                                         _____
                                         CECILLIA D. WANG
                                         American Civil Liberties Union
                                         Foundation
                                         Immigrants' Rights Project
                                         39 Drumm Street
                                         San Francisco, CA  94111-4805
                                         Tel:  (415) 343-0775
                                         Fax:  (415) 395-0950