IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* **Iraq and Afghanistan Detainees Litigation** | **Misc. No. 06-145 (TFH)** |
| **This document relates to:** | |
| **ALI, et al. v. PAPPAS** <br> **ALI, et al. v. RUMSFELD** <br> **ALI, et al. v. KARPINSKI** <br> **ALI, et al. v. SANCHEZ** | **Civ. No. 05-1377 (TFH)** <br> **Civ. No. 05-1378 (TFH)** <br> **Civ. No. 05-1379 (TFH)** <br> **Civ. No. 05-1380 (TFH)** |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Donald Rumsfeld and the United States respectfully notify the Court of relevant legislation that went into effect on October 17, 2006, the Military Commissions Act of 2006, Pub. L. No. 109-366, 120 Stat. 2600 (hereinafter "the MCA"). Section 5 of the MCA provides:

> No person may invoke the Geneva Conventions or any protocols thereto in any habeas corpus or other civil action or proceeding to which the United States, or a current or former officer, employee, member of the Armed Forces, or other agent of the United States is a party as a source of rights in any court of the United States or its States or territories.

120 Stat. at 2631.

The Plaintiffs in this matter seek both damages and equitable relief based on alleged violations of the Geneva Conventions. *See* Pls.' Opp. Mem. at 61. They assert that the Geneva Conventions are "self-executing" and create a private cause of action. *Id.* at 77-83. The Defendants have fully briefed why Plaintiffs may not obtain relief based on the Geneva Conventions. Defendants have demonstrated that such relief is precluded by the express terms of the Federal Employees Liability Reform and Tort Compensation Act of 1988 and because the

Plaintiffs do not have a private right of action under the Geneva Conventions.  *See* Defs.' Mem. at 26-33; Defs.' Reply at 12-24.  Although these reasons are each sufficient on their own to dismiss Plaintiffs' treaty-based claims, Section 5 of the MCA is yet one more reason Plaintiffs may not obtain relief under the Geneva Conventions.  Plaintiffs' expressly "invoke" asserted "rights" under the Geneva Conventions in their Amended Complaint, and the Defendants in this matter are the United States and either current or former federal officers and members of the Armed Forces.

      A copy of the Military Commissions Act of 2006 is attached.

Dated: November 15, 2006

                                     Respectfully submitted,

                                     PETER D. KEISLER
                                   Assistant Attorney General

                                   JEFFREY S. BUCHOLTZ
                                   Principal Deputy Assistant Attorney General

                                   C. FREDERICK BECKNER III
                                   Deputy Assistant Attorney General

                                   TIMOTHY P. GARREN
                                   Director, Torts Branch

                                     */s/ J. Marcus Meeks*
                                   J. MARCUS MEEKS (D.C. Bar No. 472072)
                                   Trial Attorney
                                   UNITED STATES DEPARTMENT OF JUSTICE
                                   Torts Branch, Civil Division
                                   P. O. Box 7146
                                   Ben Franklin Station
                                   Washington, D.C. 20044
                                   (202) 616-4176 (voice)
                                   (202) 616-4314 (fax)

                                   Attorneys for Defendant Donald H. Rumsfeld
                                   and the United States

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 15, 2006, I caused a copy of the foregoing **Notice of Supplemental Authority** to be served upon counsel of record via ECF as follows:

Arthur B. Spitzer
American Civil Liberties Union
1400 20th Street, NW
Suite 119
Washington, DC 20036
artspitzer@aol.com
*Counsel for Plaintiffs*

Mark E. Nagle
Troutman Sanders LLP
401 Ninth St, N.W., Ste. 1000
Washington DC 20004
mark.nagle@troutmansanders.com
*Counsel for Defendant Thomas Pappas*

Stephen L. Braga
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
stephen.braga@bakerbotts.com
*Counsel for Defendant Ricardo Sanchez*

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
mmartinez@crowell.com
*Counsel for Defendant Janis Karpinski*

                                /s/ J. Marcus Meeks
                                J. Marcus Meeks