UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br>IRAQ AND AFGHANISTAN<br>DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-cv-1377 (TFH)<br>Civ. No. 05-cv-1378 (TFH)<br>Civ. No. 05-cv-1379 (TFH)<br>Civ. No. 05-cv-1380 (TFH) |

**PLAINTIFFS' CONSENT MOTION FOR LEAVE TO FILE
SUPPLEMENTAL MEMORANDUM RESPONDING TO
DEFENDANTS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby move for leave to file a supplemental memorandum responding to the Notice of Supplemental Authority [32] recently filed by defendant Donald H. Rumsfeld and the United States. While the Notice asserted conclusorily that Section 5 of the Military Commissions Act of 2006 provides that plaintiffs "may not obtain relief under the Geneva Conventions," it requires a more careful explanation to show that the opposite remains true, as plaintiffs demonstrate in their proposed supplemental memorandum, lodged herewith.

All defendants graciously have consented to this motion, on condition that plaintiffs, in turn, consent to defendants' filing a response to this memorandum, which plaintiffs hereby do.

**Conclusion**

For the reasons given above, the motion for leave to file a supplemental memorandum should be granted.

Respectfully submitted,

/s/ *Lucas Guttentag*
_____
LUCAS GUTTENTAG
CECILLIA D. WANG
JENNIFER C. CHANG
MÓNICA M. RAMÍREZ
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0773

STEVEN R. SHAPIRO
OMAR C. JADWAT
AMRIT SINGH
STEVEN WATT
American Civil Liberties Union Foundation
125 Broad Street
New York, NY 10004
(212) 549-2500

/s/ *Arthur B. Spitzer*
_____
ARTHUR B. SPITZER
   D.C. Bar No. 235960
American Civil Liberties Union
   of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

JAMES P. CULLEN*
BG, JAGC, USA (ret.)
Of Counsel, Human Rights First
1251 Avenue of the Americas
New York, NY 10020
(212) 278-1565

/s/ *Deborah Pearlstein*
_____
MICHAEL POSNER*
DEBORAH PEARLSTEIN*
HINA SHAMSI*
PRITI PATEL*
Human Rights First
333 Seventh Avenue, 13th Floor
New York, NY 10001-5004
(212) 845-5200

BILL LANN LEE
CHIMÈNE I. KEITNER
NIREJ S. SEKHON
Lieff Cabraser Heimann & Bernstein LLP
Embarcadero Center West
275 Battery Street, Suite 3000
San Francisco, CA 94111-3339
(415) 956-1000

JOHN D. HUTSON*
RADM, JAGC, USN (ret.)
Of Counsel, Human Rights First
2 White Street
Concord, NH 03301
(603) 228-1541

DAVID RUDOVSKY
Kairys, Rudovsky, Epstein & Messing LLP
924 Cherry St., Suite 500
Philadelphia PA 19107
(215) 925-4400

_____
   *  Representing plaintiffs against defendant   Rumsfeld only.

| | |
|---|---|
| PAUL HOFFMAN<br>Schonbrun DeSimone Seplow Harris &<br>   Hoffman LLP<br>723 Ocean Front Walk<br>Venice, CA 90291<br>(310) 396-0731 | ERWIN CHEMERINSKY<br>Duke University School of Law<br>Science Drive & Towerview Rd.<br>Durham, NC  27707<br>(919) 613-7173 |

                               Counsel for Plaintiffs

November 28, 2006