UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE :<br><br>IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-1377 (TFH)<br>Civ. No. 05-1378 (TFH)<br>Civ. No. 05-1379 (TFH)<br>Civ. No. 05-1380 (TFH) |

**ORDER**

Upon consideration of plaintiffs' motion for leave to file a supplemental memorandum responding to defendants' notice of supplemental authority [32] and defendants' consent thereto, it is hereby

ORDERED that the motion is granted. The Clerk shall file the proposed supplemental memorandum that plaintiffs have lodged. It is further

ORDERED that any defendant who wishes to file a reply may do so on or before December _____, 2006.


Dated: November _____, 2006              _____
                                          Thomas F. Hogan
                                          Chief Judge
                                          United States District Court