UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE : <br><br> IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to: <br><br> ALI v. PAPPAS <br> ALI v. RUMSFELD <br> ALI v. KARPINSKI <br> ALI v. SANCHEZ | Civ. No. 05-1377 (TFH) <br> Civ. No. 05-1378 (TFH) <br> Civ. No. 05-1379 (TFH) <br> Civ. No. 05-1380 (TFH) |

**MOTION FOR THE ADMISSION OF PAUL L. HOFFMAN
AS ADDITIONAL COUNSEL FOR PLAINTIFFS, *PRO HAC VICE***

Pursuant to Local Civil Rule 83.2(d), I hereby move the admission *pro hac vice* of Paul L. Hoffman as additional counsel for the plaintiffs in these cases.

Mr. Hoffman's declaration, as required by Local Civil Rule 83.2(d), is filed herewith, as is a proposed order.

Respectfully submitted,

/s/ *Arthur B. Spitzer*

_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W. #119
Washington, D.C. 20036
(202) 457-0800

Counsel for Plaintiffs

November 28, 2006