UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD H. RUMSFELD, <br><br> Defendant. | No. 05-cv-1378 (TFH) |

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JANIS KARPINSKI, <br><br> Defendant. | No. 05-cv-1379 (TFH) |

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> RICARDO SANCHEZ, <br><br> Defendant. | No. 05-cv-1380 (TFH) |

| | |
|---|---|
| ARKAN MOHAMED ALI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> THOMAS PAPPAS, <br><br> Defendant. | No. 05-cv-1377 (TFH) |

## DECLARATION OF PAUL HOFFMAN

Pursuant to Local Civil Rule 83.2(d), I submit this declaration in support of my application for leave to appear and practice *pro hac vice* in the above-captioned cases.

1. My full name is Paul L. Hoffman.

2. I am a partner at Schonbrun DeSimone Seplow Harris & Hoffman LLP. My office is located at 723 Ocean Front Walk, Venice, CA 90291. My office telephone number is (310) 396-0731 and my fax number is (310) 399-7040.

3. I was admitted by examination to the California bar in 1976 and remain a member in good standing. I was admitted by motion to the U.S. District Court for the Central District of California in January 1977, the Ninth Circuit Court of Appeals in February 1978 and the U.S. Supreme Court in August 1984. I am also a member of the bar of the Second, Fifth and Eleventh Circuit Court of Appeals.

4. I am member of the bar in good standing in every jurisdiction where I have been admitted to practice. I have never been disciplined by any bar and there are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I have not been admitted *pro hac vice* in this Court within the last two years.

6. I do not engage in the practice of law from an office located in the District of Columbia.

I certify under the penalties of perjury that the foregoing is true.

Executed this 27th day of November 2006.

_____
Paul L. Hoffman