UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-cv-1377 (TFH)<br>Civ. No. 05-cv-1378 (TFH)<br>Civ. No. 05-cv-1379 (TFH)<br>Civ. No. 05-cv-1380 (TFH) |

**NOTICE OF CHANGE OF ADDRESS**

The Clerk and counsel will please note the following new address for the following counsel for plaintiffs:

> LUCAS GUTTENTAG
> CECILLIA D. WANG
> JENNIFER C. CHANG
> MÓNICA M. RAMÍREZ
> American Civil Liberties Union Foundation
> Immigrants' Rights Project
> 39 Drumm Street
> San Francisco, CA 94111
> (415) 343-0773

    Respectfully submitted,

    /s/ *Arthur B. Spitzer*
    _____
    Arthur B. Spitzer (D.C. Bar No. 235960)
    American Civil Liberties Union
     of the National Capital Area
    1400 20th Street, N.W., Suite 119
    Washington, D.C. 20036
    (202) 457-0800

    One of Counsel for Plaintiffs

November 30, 2006