UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: <br><br> IRAQ AND AFGHANISTAN DETAINEES LITIGATION <br><br> This document relates to: <br><br> ALI v. PAPPAS <br> ALI v. RUMSFELD <br> ALI v. KARPINSKI <br> ALI v. SANCHEZ | Misc. No. 06-145 (TFH) <br><br><br><br><br> Civ. No. 05-1377 (TFH) <br> Civ. No. 05-1378 (TFH) <br> Civ. No. 05-1379 (TFH) <br> Civ. No. 05-1380 (TFH) |

**ORDER**

Upon consideration of the motion for admission, pro hac vice, of Paul L. Hoffman, it is hereby

ORDERED that the motion is granted.

_Nov 28_, 2006

Thomas F. Hogan
Chief Judge
United States District Court