IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| *In re* Iraq and Afghanistan Detainees Litigation | Misc. No. 06-145 (TFH) |
| **This document relates to:** | |
| ALI, et al. v. PAPPAS<br>ALI, et al. v. RUMSFELD<br>ALI, et al. v. KARPINSKI<br>ALI, et al. v. SANCHEZ | Civ. No. 05-1377 (TFH)<br>Civ. No. 05-1378 (TFH)<br>Civ. No. 05-1379 (TFH)<br>Civ. No. 05-1380 (TFH) |

**NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants the United States and Donald Rumsfeld respectfully notify the Court of the recent decision by Judge Robertson in *Hamdan v. Rumsfeld,* Civil Action No. 04-1519, which was issued after oral argument in this case. In *Hamdan*, Judge Robertson held that the petitioner did not have a constitutionally protected right to the writ of habeas corpus because the petitioner was held in a detention facility "outside the sovereign realm" of the United States, i.e., he was held in Guantanamo Bay, Cuba, and that "only U.S. citizens in such locations may claim entitlement to a *constitutionally* guaranteed writ." Slip Op. at 21 (emphasis in original). Judge Robertson's analysis, while not directly addressing the issue of whether the protections of the Fifth and Eighth Amendments apply to non-citizens detained abroad, provides additional support for the Defendants' arguments that aliens abroad do not have a "clearly established" right to invoke the protections of the Fifth and Eighth Amendments, and thus their constitutional claims must at least be dismissed based on qualified immunity grounds.

A copy of Judge Robertson's memorandum opinion is attached.

Dated:  December 20, 2006							Respectfully submitted,

							PETER D. KEISLER
							Assistant Attorney General

							JEFFREY S. BUCHOLTZ
							Principal Deputy Assistant Attorney General

							C. FREDERICK BECKNER III
							Deputy Assistant Attorney General

							TIMOTHY P. GARREN
							Director, Torts Branch


							       *J. Marcus Meeks*
							J. MARCUS MEEKS (D.C. Bar No. 472072)
							Trial Attorney
							UNITED STATES DEPARTMENT OF JUSTICE
							Torts Branch, Civil Division
							P. O. Box 7146
							Ben Franklin Station
							Washington, D.C. 20044
							(202) 616-4176 (voice)
							(202) 616-4314 (fax)

							*Attorneys for Defendants the United States and Donald Rumsfeld*

## CERTIFICATE OF SERVICE

I hereby certify that on December 20, 2006, I caused a copy of the foregoing **Notice of Supplemental Authority** to be served upon counsel of record via ECF as follows:

Arthur B. Spitzer
American Civil Liberties Union
1400 20th Street, NW
Suite 119
Washington, DC 20036
artspitzer@aol.com
*Counsel for Plaintiffs*

Mark E. Nagle
Troutman Sanders LLP
401 Ninth St, N.W., Ste. 1000
Washington DC 20004
mark.nagle@troutmansanders.com
*Counsel for Defendant Thomas Pappas*

Stephen L. Braga
Baker Botts LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
stephen.braga@bakerbotts.com
*Counsel for Defendant Ricardo Sanchez*

Michael L. Martinez
Crowell & Moring LLP
1001 Pennsylvania Ave, NW
Washington, DC 20004
mmartinez@crowell.com
*Counsel for Defendant Janis Karpinski*


　　　　　　　　　　　　　　　　　　　　　　*J. Marcus Meeks*
　　　　　　　　　　　　　　　　　　　　　　J. Marcus Meeks