UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE : | |
| IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to: | |
| ALI v. PAPPAS | Civ. No. 05-1377 (TFH) |
| ALI v. RUMSFELD | Civ. No. 05-1378 (TFH) |
| ALI v. KARPINSKI | Civ. No. 05-1379 (TFH) |
| ALI v. SANCHEZ | Civ. No. 05-1380 (TFH) |

**ORDER**

Upon consideration of plaintiffs' motion for leave to file a supplemental

memorandum responding to defendants' second Notice of Supplemental Authority [39]

and the absence of any opposition thereto, it is hereby

ORDERED that the motion is granted, and the Clerk shall file the proposed

supplemental memorandum that plaintiffs have lodged.

Dated: January _____, 2007          _____

                                         Thomas F. Hogan
                                         Chief Judge
                                         United States District Court