UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-cv-1377 (TFH)<br>Civ. No. 05-cv-1378 (TFH)<br>Civ. No. 05-cv-1379 (TFH)<br>Civ. No. 05-cv-1380 (TFH) |

**NOTICE OF CHANGE OF ADDRESS (DEBORAH PEARLSTEIN)**

The Clerk and counsel will please note the following new contact information for the following counsel for plaintiffs:

>Deborah Pearlstein
>Woodrow Wilson School of Public and International Affairs
>Princeton University
>Princeton, NJ 08540
>
>Tel:     609-924-4535
>Fax:    609-924-8615
>E-mail: dpearlst@princeton.edu

>Respectfully submitted,
>
>/s/ *Arthur B. Spitzer*
>_____
>Arthur B. Spitzer (D.C. Bar No. 235960)
>American Civil Liberties Union
>  of the National Capital Area
>1400 20th Street, N.W., Suite 119
>Washington, D.C. 20036
>(202) 457-0800
>
>One of Counsel for Plaintiffs

February 8, 2007