UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-cv-1377 (TFH)<br>Civ. No. 05-cv-1378 (TFH)<br>Civ. No. 05-cv-1379 (TFH)<br>Civ. No. 05-cv-1380 (TFH) |

**NOTICE OF CHANGE OF ADDRESS (BILL LANN LEE)**

The Clerk and counsel will please note that plaintiffs' counsel Bill Lann Lee has left the law firm of Lieff, Cabraser, Heimann & Berstein, LLP. His new contact information is:

Bill Lann Lee
Lewis, Feinberg, Lee, Renaker & Jackson, P.C
1330 Broadway, Suite 1800
Oakland, CA 94612

Telephone:   (510) 839-6824
Facsimile:   (510) 839-7839
E-mail:      blee@lewisfeinberg.com

Respectfully submitted,

/s/ *Arthur B. Spitzer*

_____
Arthur B. Spitzer (D.C. Bar No. 235960)
American Civil Liberties Union
  of the National Capital Area
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

One of Counsel for Plaintiffs

February 8, 2007