UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to: | |
| ALI v. PAPPAS | Civ. No. 05-cv-1377 (TFH) |
| ALI v. RUMSFELD | Civ. No. 05-cv-1378 (TFH) |
| ALI v. KARPINSKI | Civ. No. 05-cv-1379 (TFH) |
| ALI v. SANCHEZ | Civ. No. 05-cv-1380 (TFH) |

**PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM RESPONDING TO DEFENDANTS' THIRD NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs hereby move for leave to file a supplemental memorandum responding to the Notice of Supplemental Authority [44] recently filed by defendant Donald H. Rumsfeld and the United States calling the Court's attention to the decision in *Boumidiene v. Bush*, ___ F.3d ___, 2007 WL 506581 (D.C. Cir. Feb. 20, 2007).

Counsel for all defendants have stated that they do not oppose the granting of this motion. A proposed order is filed herewith.

Respectfully submitted,

/s/ *Lucas Guttentag*
_____          _____
LUCAS GUTTENTAG                                MICHAEL POSNER*
CECILLIA D. WANG                               HINA SHAMSI*
JENNIFER C. CHANG                              PRITI PATEL*
MÓNICA M. RAMÍREZ                              DEBORAH PEARLSTEIN, *Of Counsel*\*
American Civil Liberties Union                 Human Rights First
Foundation                                     333 Seventh Avenue, 13th Floor
Immigrants' Rights Project                     New York, NY 10001-5004
39 Drumm Street                                (212) 845-5200
San Francisco, CA 94111
(415) 343-0773

STEVEN R. SHAPIRO                              BILL LANN LEE
OMAR C. JADWAT                                 Lewis, Feinberg, Lee, Renaker & Jackson,
AMRIT SINGH                                    P.C.
STEVEN WATT                                    1330 Broadway, Suite 1800
American Civil Liberties Union                 Oakland, CA 94612
Foundation                                     (510) 839-6824
125 Broad Street
New York, NY 10004                             CHIMÈNE I. KEITNER
(212) 549-2500                                 NIREJ S. SEKHON
                                               Lieff Cabraser Heimann & Bernstein LLP
                                               Embarcadero Center West
                                               275 Battery Street, Suite 3000
                                               San Francisco, CA 94111-3339
                                               (415) 956-1000


 /s/ *Arthur B. Spitzer*                       JOHN D. HUTSON*
_____            RADM, JAGC, USN (ret.)
ARTHUR B. SPITZER                              Of Counsel, Human Rights First
   D.C. Bar No. 235960                         2 White Street
American Civil Liberties Union                 Concord, NH 03301
   of the National Capital Area                (603) 228-1541
1400 20th Street, N.W., Suite 119
Washington, D.C. 20036
(202) 457-0800

2

| | |
|---|---|
| JAMES P. CULLEN* <br> BG, JAGC, USA (ret.) <br> Of Counsel, Human Rights First <br> 1251 Avenue of the Americas <br> New York, NY 10020 <br> (212) 278-1565 | DAVID RUDOVSKY <br> Kairys, Rudovsky, Epstein & Messing LLP <br> 924 Cherry St., Suite 500 <br> Philadelphia PA 19107 <br> (215) 925-4400 |
| PAUL HOFFMAN <br> Schonbrun DeSimone Seplow Harris & Hoffman LLP <br> 723 Ocean Front Walk <br> Venice, CA 90291 <br> (310) 396-0731 | ERWIN CHEMERINSKY <br> Duke University School of Law <br> Science Drive & Towerview Rd. <br> Durham, NC  27707 <br> (919) 613-7173 |

Counsel for Plaintiffs

March 5, 2007

---

* Representing Plaintiffs against Defendant Rumsfeld only.