UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: IRAQ AND AFGHANISTAN DETAINEES LITIGATION | Misc. No. 06-145 (TFH) |
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No. 05-cv-1377 (TFH)<br>Civ. No. 05-cv-1378 (TFH)<br>Civ. No. 05-cv-1379 (TFH)<br>Civ. No. 05-cv-1380 (TFH) |

**ORDER**

Upon consideration of plaintiffs' motion for leave to file a supplemental memorandum responding to defendants' third Notice of Supplemental Authority [44], and the absence of any opposition thereto, it is hereby

ORDERED that the motion is granted, and the plaintiffs may file a supplemental memorandum responding to defendants' third Notice of Supplemental Authority

.

Dated: January _____, 2007      _____
                                Thomas F. Hogan
                                Chief Judge
                                United States District Court