UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE:<br><br>IRAQ AND AFGHANISTAN<br>DETAINEES LITIGATION | Misc. No.  06-0145 (TFH) |
| This document relates to:<br><br>ALI v. PAPPAS<br>ALI v. RUMSFELD<br>ALI v. KARPINSKI<br>ALI v. SANCHEZ | Civ. No.  05-1377 (TFH)<br>Civ. No.  05-1378 (TFH)<br>Civ. No.  05-1379 (TFH)<br>Civ. No.  05-1380 (TFH) |

## ORDER

In accordance with the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the Motion to Dismiss filed by Thomas Pappas [05-CV-1377 Doc. No. 13] is **GRANTED IN PART** and **DENIED IN PART** as moot.  It is also

**ORDERED** that Defendant's and the United States' Motion to Dismiss [05-CV-1378 Doc. No. 10] is **GRANTED** in its entirety.  It is also

**ORDERED** that Defendant Janis Karpinski's Motion to Dismiss [05-CV-1379 Doc. No. 13] is **GRANTED IN PART** and **DENIED IN PART** as moot.  In addition , it is also

**ORDERED** that Lieutenant General Ricardo Sanchez's Motion to Dismiss Amended Complaint [05-CV-1380 Doc. No. 12] is **GRANTED IN PART** and **DENIED IN PART** as moot.  Accordingly, it is further

**ORDERED** that the plaintiffs' cases shall be dismissed.

**SO ORDERED.**

March 27TH, 2007

_Thomas F. Hogan_
Thomas F. Hogan
Chief Judge

2